MARY ELLMANN TANG, ESQ. (BAR #154340)
LAW OFFICES OF MARY ELLMANN TANG
111 Deerwood Road, Suite 305
San Ramon, CA  94583
Telephone:  (925) 678-1878
Facsimile:  (925) 855-8090

Attorney for Movant
MECHANICS BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                           Case No.  11-46231
                                                                       Chapter 13
DAPHNE LENISE GURUWAYA,

   Debtor.                                              EX-PARTE MOTION TO RESTRICT
_____/            PUBLIC ACCESS UNDER
                                                                      BANKRUPTCY RULE 9037

       Pursuant to Federal Rule of Bankruptcy Procedure 9037, MECHANICS BANK ("Movant") hereby files this Ex Parte Motion to Restrict Public Access Under Bankruptcy Rule 9037 ("Motion") and moves this court to authorize such relief as is appropriate to restrict public access to the following proof of claim ("Unredacted Proof of Claim"):

       Claimant:      MECHANICS BANK
       Claim No:      4
       Amount:        $3,612.92
       Date Filed:    7/13/2011
       Basis:         Money loaned

In support of this Motion, Movant states as follows:

       Movant is a creditor of the Debtor. The Unredacted Proof of Claim contains certain personal information of the Debtor. To correct this inadvertent error, Movant respectfully requests that this Court authorize and direct the Clerk's office to take such steps as are

EX-PARTE MOTION TO RESTRICT PUBLIC ACCESS UNDER BANKRUPTCY RULE 9037
       1

necessary and appropriate to restrict public access to the Unredacted Proof of Claim. Movant is concurrently filing an amended proof of claim which redacts the personal information.

The relief requested herein is authorized under Bankruptcy Rule 9037 as well as under §§ 105 and 107 the Bankruptcy Code. FRBP 9037 grants the court the power, for cause, to "require redaction of additional information" or to "limit or prohibit a nonparty's remote electronic access to a document filed with the court." See also 11 U.S.C. §105(d). (Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title"); §107(b) (Court "may protect an individual" with respect to information, the disclosure of which "would create undue risk of identity theft").

Wherefore, Movant respectfully requests that the court grant this Motion and enter the proposed Order, filed concurrently herewith, directing the restriction of certain personal information from the Unredacted Proof of Claim.

LAW OFFICES OF<br>
MARY ELLMANN TANG

Dated: August 8, 2013      /s/ Mary Ellmann Tang
MARY ELLMANN TANG, ESQ.
Attorney for MECHANICS BANK

MB5000.432

Case: 11-46231  Doc# 28  Filed: 08/08/13  Entered: 08/08/13 11:23:07  Page 2 of 2
EX-PARTE MOTION TO RESTRICT PUBLIC ACCESS UNDER BANKRUPTCY RULE 9037

2